IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ , D.C.

05 DEC 20 PM 12: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff,

VS.

CR. NO. 05-20377-B

TIMOTHY BROOM, AARON VAUGHN,
SHANNON ANDERSON, SHAWN HUNT,
DAVID HORTON, JOHN J. BOYD,
TYRUS SPRINGFIELD, DENFORD LEE GALLOWAY,
TAMUGAN ROBINSON, RODOLFO CHAPA, JR.

    Defendants.

A*M*E*N*D*E*D ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF
EXCLUDABLE DELAY
AND SETTING

Pursuant to the arraignment on the superseding indictment, all parties are reset for the March 2006 Criminal Trial Rotation.

The Court resets the trial date to March 6, 2006 with a **report date of Monday, February 27, 2006, at 9:30 a.m.,** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from **December 7, 2005 through March 17, 2006** is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 19th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 141 in case 2:05-CR-20377 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Paul Kellison Guibao
COPELAND & GUIBAO
242 Poplar Ave.
Memphis, TN 38103

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Eddy Trevino
LAW OFFICE OF EDDY TREVINO
4418 S. McColl Rd.
Edinburg, TX 78539

Honorable J. Breen
US DISTRICT COURT